Decision Per Curiam.

---

Michael F. Dwyer, Plaintiff in Error, vs. Willoughby Adams, Charles W. Richardson and Charles D. Smith, Copartners as Adams & Richardson, Defendants in Error.

## DIVISION A.

Writ of error to the Circuit Court, Brevard county; Louis C. Massey, Referee.

*Robbins & Graham,* for Plaintiff in Error.

*John E. Hartridge,* for Defendants in Error.

Memorandum Decisions.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the plaintiffs, and the defendant takes writ of error. The judgment is affirmed.